**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7865

ARCHIE BERNARD MALONE,

                                         Petitioner - Appellant,

       versus

JOHN J. LAMANNA,

                                           Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Terry L. Wooten, District Judge. (CA-05-996-TLW-6)

Submitted: February 23, 2006            Decided: March 6, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Archie Bernard Malone, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Archie Bernard Malone, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Malone v. Lamanna, No. CA-05-996-TLW-6 (D.S.C. filed Oct. 31, 2005; entered Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED